Oswaldo Antonio SALAZAR,
Petitioner,

v.

Eric H. HOLDER Jr., Attorney
General, Respondent.

No. 07–74956.

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2010.*

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Filed April 19, 2010.

Yevgeniy Chechenin, San Mateo, CA, for Petitioner.

Jeffrey Lawrence Menkin, Trial, OIL, Paul F. Stone, Esquire, U.S. Department of Justice, Washington, DC, Ronald E. Le-Fevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Oswaldo Antonio Salazar, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for a waiver of inadmissibility under Immigration and Nationality Act § 212(h), 8 U.S.C. § 1182(h). Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss in part and deny in part the petition for review.

We lack jurisdiction to review the agency's dispositive discretionary determination that Salazar did not merit a grant of § 212(h) relief. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Mejia v. Gonzales,* 499 F.3d 991, 999 (9th Cir.2007).

Salazar's remaining contentions are not persuasive.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.